**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-2028**

In Re:  BRUCE BENNETT, SR.,

Debtor.

----------------------------

BRUCE BENNETT, SR.,

Debtor - Appellant,

versus

BAY VIEW BANK; HFTA FIRST FINANCIAL;
MANUFACTURERS & TRADERS TRUST COMPANY, as
trustee for Securitization Series 1997-3
Agreement dated 6/12/97,

Creditors - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  C. Weston Houck, Senior District
Judge; Robert S. Carr, Magistrate Judge. (CA-04-23129-2-CWH; BK-
04-09737-WB)

Submitted:  February 23, 2006      Decided:  February 28, 2006

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Bruce Bennett, Sr., Appellant Pro Se.  Weston Adams, III, MCANGUS,
GOUDELOCK & COURIE, L.L.P., Columbia, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bruce Bennett, Sr., seeks to appeal the magistrate judge's order granting the Appellees' motion to include a bankruptcy court order in the record on appeal. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Bennett seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny Bennett's motion to proceed on appeal in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED